

**Fw: Transferred case has been opened 3:13-cv-2776**
InterDistrictTransfer TXND   to: Docket Team   08/02/2013 01:51 PM
Sent by: Amanda Miller

| | |
|---|---|
| From: | InterDistrictTransfer TXND/TXND/05/USCOURTS |
| To: | Docket Team/TXND/05/USCOURTS@USCOURTS |
| Sent by: | Amanda Miller/TXND/05/USCOURTS |

Please docket the acknowledgment.


Thank you,

Amanda
Operations Assistance Team/Interdistrict Transfers
214-753-2240

----- Forwarded by Amanda Miller/TXND/05/USCOURTS on 08/02/2013 01:50 PM -----

| | |
|---|---|
| From: | ECFnotice@mad.uscourts.gov |
| To: | InterdistrictTransfer_TXND@txnd.uscourts.gov |
| Date: | 08/02/2013 12:59 PM |
| Subject: | Transferred case has been opened |

CASE: 3:13-cv-02776

DETAILS: Case transferred from Texas Northern
has been opened in District of Massachusetts
as case 1:13-cv-11853, filed 08/02/2013.